**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
OCT 09 2025
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **SUPERSEDING INDICTMENT NO. 25-71-S-DLB**

**NATHANIEL E. FERGUSON,**
**RYAN L. COOLEY, and**
**NICHOLAS A. STURGILL**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**21 U.S.C. § 846**

On or about May 1, 2024, and continuing through on or about July 22, 2025, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**NATHANIEL E. FERGUSON,**
**RYAN L. COOLEY, and**
**NICHOLAS A. STURGILL,**

knowingly and voluntarily conspired with one another and others to distribute and possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **NATHANIEL E. FERGUSON** committed the offense charged in this count, **NATHANIEL E. FERGUSON** had a final conviction for a felony drug offense,

namely, Trafficking in Cocaine (F3), in case B0806408 in the Court of Common Pleas for Hamilton County, Ohio, imposed on or about January 7, 2009.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about May 21, 2025, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**NATHANIEL E. FERGUSON,**
**RYAN L. COOLEY, and**
**NICHOLAS A. STURGILL**

aiding and abetting one another, knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and the death of another person, namely A.L.T., resulted from the use of such mixture or substance containing a detectable amount of fentanyl, all in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2.

Before **NATHANIEL E. FERGUSON** committed the offense charged in this count, **NATHANIEL E. FERGUSON** had a final conviction for a felony drug offense, namely, Trafficking in Cocaine (F3), in case B0806408 in the Court of Common Pleas for Hamilton County, Ohio, imposed on or about January 7, 2009.

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

By virtue of the commission of the felony offenses alleged in Counts 1 and 2 of the Indictment, **NATHANIEL E. FERGUSON, RYAN L. COOLEY, and NICHOLAS A. STURGILL,** shall forfeit to the United States any and all property used, or intending

to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and 846. Any and all interest that **NATHANIEL E. FERGUSON, RYAN L. COOLEY, and NICHOLAS A. STURGILL,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 20 years imprisonment, a $1,000,000 fine, and at least 3 years of supervised release.

**If a prior felony drug offense**, not more than 30 years imprisonment, a $2,000,000 fine, and at least 6 years of supervised release.

**COUNT 2:** Not less than 20 years or more than life imprisonment, a $1,000,000 fine, and at least 3 years of supervised release.

**If a prior felony drug offense**, life imprisonment, a $2,000,000 fine, and at least 6 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.